No. 75–1211. OWENSBORO-DAVIESS COUNTY HOSPITAL, INC., ET AL. *v.* USERY, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 75–1219. SEXTON *v.* SIMON, SECRETARY OF THE TREASURY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–1222. KRAUT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 75–1223. BURGLIN ET AL. *v.* KLEPPE, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1225. MARKERT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1235. HOUSTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1236. ZAMMAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1237. AETNA CASUALTY & SURETY CO. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–1239. BASTONE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1251. DARDEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1263. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS (AFL–CIO) ET AL. *v.* UNITED AIRCRAFT CORP. Sup. Ct. Conn. Certiorari denied.